UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOIN TARA BIBI,

        Plaintiff,                      CIVIL ACTION NO. 06-11731

    v.                                 DISTRICT JUDGE GEORGE CARAM STEEH

DELTA AIRLINES, INC., a Delaware        MAGISTRATE JUDGE VIRGINIA MORGAN
corporation for profit, and BANGLADESH
BIMAN CORPORATION, a foreign
corporation for profit, doing business as
BIMAN BANGLADESH AIRLINES,
jointly and severally,

        Defendants.
_____/

### ORDER GRANTING DEFENDANT DELTA AIRLINES' MOTION FOR PROTECTIVE ORDER

      This matter is before the court on defendant Delta Airlines' Motion for Protective Order filed November 30, 2006 (D/E 23). A hearing on the motion was held before the magistrate judge on February 5, 2007. For the reasons stated on the record,

      IT IS ORDERED that the motion IS GRANTED as follows:

      1) Plaintiff shall take the depositions in Atlanta with the caveat that all deponents should be available there at the agreed upon time period.

2) Plaintiff's request to take deposition of Delta Airlines ticketing representative IS DENIED without prejudice but Delta Airlines is encouraged to have someone available to explain travel agreement and computer based ticketing to plaintiff's counsel.

        s/Virginia M. Morgan
        VIRGINIA M. MORGAN
        UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on February 8, 2007.

        s/Jane Johnson
        Case Manager to
        Magistrate Judge Virginia M. Morgan